NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-140

CONNIE BROUSSARD

VERSUS

CITGO PETROLEUM
CORPORATION, ET AL.

**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 2001-4901
HONORABLE ROBERT LANE WYATT, DISTRICT JUDGE

**********

ELIZABETH A. PICKETT
JUDGE

**********

Court composed of Sylvia R. Cooks, Elizabeth A. Pickett, and Billy Howard Ezell, Judges.

Cooks, J., dissents and assigns written reasons.

AFFIRMED.

Dan Michael Scheuermann
Keith Grant
600 America Street
Baton Rouge, LA  70802
(225) 344-9381
Counsel for Plaintiff/Appellant:
        Connie Broussard

**William Brock Swift**
**Swift, Spears & Harper**
**P. O. Box 1810**
**Lake Charles, LA  70602**
**(337) 433-0707**
**Counsel for Defendant/Appellee:**
  **Citgo Petroleum Corporation**

**Peter George Wright**
**Louisiana Dept. of Labor**
**P. O. Box 94094**
**Baton Rouge, LA 70804-9094**
**(225) 342-3045**
**Counsel for Defendant/Appellee:**
  **Louisiana Department of Labor**

**Stanley Weiner**
**Christine L. Palmer**
**Jones, Day, Reavis & Pogue**
**2727 North Harwood Street**
**Dallas, TX  75201**
**(214) 220-3939**
**Counsel for Defendant/Appellee:**
  **Citgo Petroleum Corporation**